UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAM D. CARROLL, JR., ET UX

VERSUS                                                                         CIVIL ACTION

THE INTERNAL REVENUE SERVICE, ET AL                  NO. 08-35-JVP-DLD

# RULING ON MOTION FOR DEFAULT JUDGMENT

This matter is before the court on an unopposed motion by *pro se* plaintiffs, William D. Carroll, Jr. and Carolyn K. Carroll, for default judgment (doc. 6). Jurisdiction is based upon 28 U.S.C. § 1331. There is no need for oral argument.

Having reviewed the record, the court concludes that plaintiffs have failed to request entry of default from the Clerk of Court (which must precede entry of judgment of default) in accordance with the requirements of Fed.R.Civ.P. 55 and Local Rule 55.1M. It is also worth noting that plaintiffs moved for entry of default judgment in advance of proper proof of service upon defendants.

1

Accordingly, the motion by pro se plaintiffs, William D. Carroll, Jr. and Carolyn K. Carroll, for default judgment (doc. 6) is hereby **DENIED**.

Baton Rouge, Louisiana, October 28, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA